IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Nicole Bulliner,** | ) | |
|        **Plaintiff,** | ) | |
| | ) | No.    15-cv-06636 |
| v. | ) | |
| | ) | Judge Guzman |
| **Chicago Housing Authority** | ) | |
|        **Defendant.** | ) | Magistrate Judge Cox |

## STIPULATIONS

**For purposes of the preliminary injunction hearing on September 21, 2015, the parties stipulate to the following:**

1. Chicago Housing Authority stopped making the subsidy payments to Ms. Bulliner's landlord effective July 31, 2015. Exhibit A.
2. Ms. Bulliner's voucher household consists of herself, her adult daughter, and Ms. Bulliner's four grandchildren, ages 7 months to 7 years.
3. Ms. Bulliner's total household income each month is $474 from the Department of Human Services' Temporary Assistance to Needy Families program.
4. Ms. Bulliner's total rent for her apartment under the lease is $1500 per month.
5. Ms. Bulliner's landlord issued a 5-day notice of termination to her on August 5, 2015. Exhibit B.
6. Ms. Bulliner's landlord filed an eviction case on August 18, 2015, case number 15 M1 716424. Exhibit C.
7. Ms. Bulliner was served in case number 15 M1 716424 on September 12, 2015.
8. Ms. Bulliner would testify under oath that her family has nowhere else to live and would become homeless if evicted.
9. The parties stipulate to the admission into evidence of Exhibits A-C hereto, the administrative record (including all exhibits introduced at the administrative hearing), the administrative hearing transcript, and the Chicago Housing Authority Administrative Plan, effective January 14, 2015, available at www.thecha.org/file.aspx?DocumentId=1499.

| | |
|---|---|
| /s/ Julie M. Harcum | /s/ Kevin J. Todd |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| LAF | Hoogendoorn & Talbot |
| 120 S. LaSalle St., Ste. 900 | 122 South Michigan Ave., Ste. 1220 |
| Chicago, IL 60603 | Chicago, IL 60603 |
| (312) 347-8383 | |