**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Nicole Bulliner
                      Plaintiff,

v.                                       Case No.: 1:15−cv−06636
                                                  Honorable Susan E. Cox

Chicago Housing Authority
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 21, 2015:

      MINUTE entry before the Honorable Susan E. Cox: Hearing on Preliminary Injunction Held on 9/21/2015. Parties are ordered to submit position papers regarding the effective date for re−examination purposes on or before noon on 9/23/2015. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.